UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DAVID ALFRED ROWELL,

Plaintiff,

v.

CHERYL STRANGE,

Defendant.

NO: 4:19-CV-5095-TOR

ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 29, 2019, Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 while incarcerated at the Benton County Jail. He is now incarcerated at the Washington Corrections Center at Shelton, Washington.

Plaintiff sought leave to proceed *in forma pauperis,* but his documentation was insufficient. He was advised of the deficiencies concerning his application and was sent a new application on April 29, 2019. ECF No. 4. On May 8, 2019, he submitted a completed declaration and application to proceed *in forma pauperis,* ECF No. 5.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Plaintiff, however, did not comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his trust fund account statement (or institutional equivalent) for the **six months** immediately preceding the filing of the complaint. Although directed to do so, ECF No. 4, Plaintiff did not supply a statement of his inmate account for the six-month period preceding April 29, 2019.

On June 17, 2019, this Court ordered Plaintiff to submit a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding April 22, 2019, from the Benton County Jail, within **21 days** of the date of this Order. In the alternative, Plaintiff was advised that he could pay the full $400.00 filing fee. Plaintiff was advised that his failure to do so would result in the dismissal of this case. Plaintiff has neither paid the filing fee nor supplied the six-month inmate trust account statement (or institutional equivalent) by the due date, July 8, 2019.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice for failure to comply with the filing fee or in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

//

//

//

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff and **close** the file.

**DATED** July 16, 2019.



THOMAS O. RICE
Chief United States District Judge